# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLEY OWEN,<br>INDIVIDUALLY, AND ON BEHALF<br>OF OTHERS SIMILARLY SITUATED | §<br>§<br>§<br>§<br>§ | NO. 4:07-cv-03273 |
| **Plaintiff** | §<br>§ | **JURY DEMANDED** |
| v. | §<br>§ | |
| HARRIS COUNTY, TEXAS | §<br>§<br>§<br>§ | |
| **Defendant** | § | |

## PLAINTIFF'S AMENDED EXHIBIT LIST

| TAB | DESCRIPTION | Offered | Objection | Admitted | N/Admitted |
|---|---|---|---|---|---|
| 1. | Harris County Precinct 5 letters of commendation regarding Kimberley Owen (Harris County 00506-00518; 00534-00549) | | ✓ | 5/14 | |
| 2. | Kimberley Owen's EEOC Charge re: Harris County Precinct 5 (Owen 017) | | ✓ | | 5/14 |
| 3. | U.S. Department of Justice Notice of Right to Sue re: Kimberley Owen (Owen 001) | | | 5/18 | |
| 4. | Harris County employment policies and procedures (including General Order 200-3) | | ✓ | 5/14 | |
| 5. | State of Texas criminal prosecution of Romeo Chapa, II for felony (case number 118815101010) | | ✓ | | 5/18 |
| 6. | Harris County Precinct 5 employment records (including IAD file) of Kevin Cooke (Harris County 02162 – 02164; 02614-02615) | | ✓ | | 5/14 |
| 7. | Harris County Precinct 5 employment records of James Paul Cessna | | | 5/19 | |

| TAB | DESCRIPTION | Offered | Objection | Admitted | N/Admitted |
|-----|-------------|---------|-----------|----------|------------|
| | (including employment application) and Order of Expunction | | | | |
| 8. | Harris County Precinct 5 employment records (including IAD file and County 3/7/01 dispatch records) of Ronald Troy Ziesmer (Harris County 05344 – 05346) | | ✓ | 5/18 | |
| 9. | Harris County Precinct 5 employment records (including IAD file) of Ray Neal (Harris County 01464 – 01465) | | ✓ | | 5/18 |
| 10. | Montgomery County's business records affidavit and Motion to Dismiss and Order in *State of Texas v. Kimberley Ann Owen*, No. 06-215785 (Harris County 00612 – 00613) | | ✓ | 5/18 | |
| 11. | Deposition of Dr. Jeffrey Kelley Page 5, lines 10-24; Page 6, line 2-page 7, line 10; Page 8, line 7 to Page 9, line 10; Page 9, lines 15-24; Page 10, line 10 to Page 12, line 12; Page 13, lines 7-25; Page 14, lines 12-13; Page 14, line 19 to Page 17, line 16; Page 17, line 23 to Page 18, line 5; Page 41, lines 13-16; page 44, line 14 to page 46, line 10; page 47, lines 15 to page 49, line 8; Page 50, line 19 to page 51, line 7; Page 51, lines 19-24; Page 54, line 14 to page 55, line 6 | | ✓ | | 5/18 |
| 12. | Dr. Jonathan Morris' medical records regarding Kimberley Owen (Owen 098 – 122; Owen 138-139) | | ✓ | 5/18 | |
| 13. | Kimberley Owen's pay records (W-2) from Vetco Gray, Inc. (Owen 123-124; 135) | | | 5/18 | |
| 14. | Harris County's 2009 pay scale for Precinct 5 Deputy Constables (Owen 134) | | ✓ | | 5/18 |
| 15. | Montgomery County 2/26/06 videotape of Kimberley Owen | | | 5/18 | |
| 16. | Kimberley Owen's notes of incidents involving Captain Terry Thurman (Owen 039-044) | | | 5/18 | |
| 17. | 2/26/06 cell phone records of | | ✓ | 5/18 | |

Glen Cheek

| TAB | DESCRIPTION | Offered | Objection | Admitted | N/Admitted |
|---|---|---|---|---|---|
|  | Laine (Harris County 04657 – 04658) |  |  |  |  |
| 18. | Harris County Retirement System Member Account Statement (Owen 136 – 137) |  |  | 5\|18 |  |
| 19. | Precinct 5 Drug and Alcohol Screening Procedure (Harris County 00839 – 00847) |  | ✓ |  | 5/18 |
| 20. | Owen F-5/T-1 Report (Harris County 00123; 00139) |  |  | 5\|18 |  |
| 21. | Owen Promotion to Lieutenant II (Harris County 00146) |  |  | 5\|18 |  |
| 22. | Summary of Benefits (Harris County 00776) |  |  | 5\|18 |  |
| 23. | Deposition of Jimmy Lee Kellum, Jr. Page 9, line 15 to page 11 line 18; Page 12, lines 15-24; Page 13, lines 5-17; Page 13, line 24 to Page 15, line 10; Page 15, lines 15-23, Page 16, line 4 to Page 20, line 7; Page 20, line 24 to Page 22, line 14; Page 22, lines 18-20; Page 23, line 6 to Page 24, line 20; Page 25, line 19 to Page 27, line 23; Page 28, lines 9-18; Page 29, lines 1-8; Page 29, line 25 to Page 30, line 23; Page 33, line 24 to Page 34, line 6; Page 40, lines 13-18; Page 53, lines 1-7 |  | ✓ |  | 5/18 |

Respectfully submitted,

/s/ **Scott Newar**

_____
SCOTT NEWAR
State Bar Number 14940900
700 Louisiana, 25th Floor
Houston, Texas 77002
(713) 226-7950
(713) 226-7181 (Fax)
ATTORNEY-IN-CHARGE
FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that I served the instant pleading on Defendant, through its legal counsel, by e-filing on April 30, 2009.

/s/ **Scott Newar**

_____
SCOTT NEWAR
State Bar Number 14940900
700 Louisiana, 25th Floor
Houston, Texas 77002
(713) 226-7950
(713) 226-7181 (Fax)
ATTORNEY-IN-CHARGE
FOR PLAINTIFF