IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLY OWENS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-07-3273 |
| | § | |
| HARRIS COUNTY | § | |
| | § | |
| *Defendant.* | § | |

## SPECIAL VERDICT FORM

15

## QUESTION NO. 1

Do you find by a preponderance of the evidence that Plaintiff was sexually harassed by Constable Cheek?

Answer "Yes" or "No."

____**NO**____

If you have answered "Yes" to Question Number 1, please proceed to Question Number 2. If you have answered "No" to Question Number 1, proceed to Question Number 3.

## QUESTION NO. 2

Do you find by a preponderance of the evidence that Defendant Harris County knew or should have known of Constable Cheek's alleged sexual harassment, and failed to take immediate and appropriate corrective action?

Answer "Yes" or "No."

_____

Please proceed to Question Number 3.

17

## QUESTION NO. 3

Do you find by a preponderance of the evidence that Plaintiff was sexually harassed by Captain Thurman?

Answer "Yes" or "No."

__YES__

Please proceed to Question Number 4.

## QUESTION NO. 4

Do you find by a preponderance of the evidence that Defendant Harris County terminated Plaintiff Kimberly Owens because of her gender?

Answer "Yes" or "No."

__No__

Please proceed to Question Number 5.

If you answered "Yes" to Question Number 2 or Number 3, or "Yes" to Question Number 4, then answer the following question.

## QUESTION NO. 5

What sum of money, if any, do you find from a preponderance of the evidence would compensate Plaintiff for her damages, if any, that resulted from the sex-based harassment or the termination?

Consider each element separately. Do not include damages for one element in another element. Answer in dollars and cents, if any.

| | |
|---|---|
| Pain and Suffering and Mental Anguish sustained in the past: | $20,000.00 |
| Pain and Suffering and Mental Anguish that, in reasonable probability, Kimberly Owens will sustain in the future: | $195,000.00 |
| Loss of capacity for enjoyment of life sustained in the past: | $20,000.00 |
| Loss of capacity for enjoyment of life that, in reasonable probability, Kimberly Owens will sustain in the future: | $0.00 |
| Lost earnings/earnings capacity sustained in the past: | $18,000.00 |
| Lost earnings/earnings capacity that, in reasonable probability, Kimberly Owens will sustain in the future: | $0.00 |

Please sign the Certificate on the final page.

20

## CERTIFICATE

We the jury, have made the above findings as indicated, and herewith return same into Court as our verdict.

**SIGNED** this the 25th day of May, 2009, at Houston, Texas.

_____
**JURY FOREPERSON**