IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIMBERLEY OWEN INDIVIDUALLY, AND ON BEHALF OF OTHERS SIMILARLY,<br>Plaintiff,<br><br>versus<br><br>HARRIS COUNTY, TEXAS,<br>Defendant. | § § § § § § § § § | Civil Action No 4:07-03273 |

### ORDER

Pending before the Court is Plaintiff's Motion for Amended Final Judgment *Nunc Pro Tunc*. (Instrument No. 116).

The Court HEREBY ORDERS that Plaintiff's Motion for Amended Final Judgment *Nunc Pro Tunc* is **GRANTED** in part and **DENIED** in part. **(Instrument No. 116).** All relief not specifically granted is denied without prejudice to reurging. An Amended Final Judgment will be issued by the Court.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the 24th day of February, 2010, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE